JOSEPH A. KOHANSKI (SBN 143505)
jkohanski@BushGottlieb.com
DAVID E. AHDOOT (SBN 245133)
dahdoot@BushGottlieb.com
BUSH GOTTLIEB,
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California 91203-3345
Telephone: (818) 973-3200
Facsimile: (818) 973-3201
Attorneys for MOTION PICTURE EDITORS
GUILD, IATSE LOCAL 700

GARY E. KLAUSNER (SBN 69077)
gek@lnbyb.com
ANTHONY A. FRIEDMAN (SBN 201955)
aaf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL,
L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Attorneys for The AWTR Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AWTR Liquidation, Inc., f/k/a Rhythm and Hues, Inc.,<br><br>                      Debtor. | CASE NO. 2:13-bk-13775-NB<br><br>Chapter 11<br><br>**STIPULATION RE ALLOWANCE OF ADMINISTRATIVE CLAIMS AND AMENDMENT TO PROOFS OF CLAIM NOS. 146, 149 AND 78** |

This Stipulation is entered into by and between The AWTR Liquidating Trust ("Trust") and the Motion Pictures Editors Guild Local 700 (the "Local 700"), the Motion Picture Industry Pension and Health Plans (the "Plans") and Daniel Arkin ("Arkin") (collectively with the Trust and Local 700, the "Parties"), as follows:

## RECITALS AND STIPULATION

    A.    WHEREAS, AWTR Liquidation, Inc., formerly known as Rhythm and Hues, Inc., the debtor in the above-captioned chapter 11 case (the "Debtor") and the Official

486516.1 11776-23007

Committee of Unsecured Creditors proposed the "Joint Chapter 11 Plan of Liquidation Filed By Debtor and Official Committee of Unsecured Creditors Dated September 24, 2013" [Docket No. 352] (the "Plan"), which was confirmed by the Court by order [Docket No. 488] (the "Confirmation Order") entered on December 13, 2013;

B.  WHEREAS, the Plan became effective on December 30, 2013 (the "Effective Date"), and all the property of the Debtor and its estate was transferred to and vested in the Trust;

C.  WHEREAS, pursuant to the First Amendment To Stipulation of Class Settlement, approved by this Court, the Trust is required to make Allowed Wage Priority Benefit payments to Daniel Arkin in the amount of $1,741.84, and to Martin November in the amount of $2,346.63 (collectively, the "Wage Priority Payments");

D.  WHEREAS, the Plans filed proof of claim number 149 ("Plans Claim") on May 20, 2013, asserting an administrative claim;

E.  WHEREAS, Arkin filed proof of claim number 78 ("Arkin Claim") on April 8, 2013;

F.  WHEREAS, Local 700 filed proof of claim number 146 ("Guild Claim") on May 20, 2013, asserting an administrative claim on behalf of each of its members including Arkin, as well as on behalf of the Plans (collectively, "Editor Claims");

G.  WHEREAS, under the Plan, January 21, 2014 (the "Administrative Claim Deadline") was set as the deadline for claimants to file requests for payment of administrative claims;

H.  WHEREAS, under the Plan, the Trust may extend the deadline to object to administrative claims by 60 days without further Court Order;

I.  WHEREAS, the Parties have been in discussion regarding treatment of the Editor Claims, and the Trust and Local 700 have previously stipulated to extend the deadline for the Trust to object to Local 700's claim to May 23, 2014, and have recently agreed to extend that deadline until June 10, 2014.

BUSH GOTTLIEB
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

486516.1 11776-23007

2

WHEREFORE, in exchange for mutual consideration, the Parties hereby stipulate and agree:

1. The Plans and Local 700, on behalf of each of its members, shall have an Allowed Administrative Claim in the amount of $11,683.00, to be allocated as specified in the attached Exhibit A To Stipulation Re Resolution of Administrative Claims ("Exhibit A");

2. Local 700, on behalf of each of its members, shall have an Allowed Unsecured Claim in the amount of $20,101.16, to be allocated as specified in the attached Exhibit A;

3. The Plans, Local 700 and Arkin hereby agree that the Editors Claims are hereby modified and amended to reflect the resolution specified in this Stipulation and Exhibit A;

4. On or before June 15, 2014, the Trust will have made the Wage Priority Payments directly to Arkin and Martin November, and copies of such payments will be provided to Counsel for Local 700; and

5. All payments on behalf of the Editor Claims shall be made out to the parties specified in Exhibit A, and provided to Counsel for Local 700, for distribution to the applicable members and Plans.

6. Other than as provided for herein, neither the Plans, Local 700 or November or Arkin shall have any priority, administrative or general unsecured claims.

DATED: June 17, 2014                BUSH GOTTLIEB, A Law Corporation

By: /s/ David E. Ahdoot
DAVID E. AHDOOT
Attorneys for MOTION PICTURE EDITORS GUILD, IATSE LOCAL 700 and MOTION PICTURE INDUSTRY PENSION AND HEALTH PLANS

1 | DATED: June 9, 2014        DANIEL ARKIN
2
3
4 |                              By: _____
                                    DANIEL ARKIN
5
6
7 | DATED: June 5, 2014         LEVENE, NEALE, BENDER, YOO & BRILL
8 |                              L.L.P.
9
10 |                             By: _____
11 |                                 GARY E. KLAUSNER
                                    Attorneys for the AWTR LIQUIDATING TRUST
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bush Gottlieb
500 North Central Avenue, Suite 800
Glendale, California 91203-3345

486516.1 11776-23007

4

# EXHIBIT "A"

Settlement Offer:

Allowed Administrative Claims for MPIP: $1,683.00
Allowed Administrative Claims for members: $10,000.00
Allowed Unsecured Claims: $20,101.16
$31,784.16

| NAME | CLAIMS | TOTAL CLAIMS | PERCENT ALLOCATION OF SETTLEMENT | ALLOWED ADMIN CLAIMS FOR MEMBERS | ALLOWED UNSECURED CLAIMS | TOTAL DISTRIBUTION |
|---|---|---|---|---|---|---|
| Daniel Arkin | $1,811.52 (Notice Violation) $1,811.52 (Severance due - 1 week) | $3,623.04 | 12.04% | $1,203.62 | $2,419.42 | $3,623.04 |
| Michael Backauskas | $9,000.00 (Severance due - 3 weeks) | $9,000.00 | 29.90% | $2,989.92 | $6,010.08 | $9,000.00 |
| James Bluma | $5,000.96 (Severance due - 2 weeks) | $5,000.96 | 16.61% | $1,661.38 | $3,339.58 | $5,000.96 |
| Kenton Hulme | NONE | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 |
| Ezekiel (Zeke) Morales | $10,001.92 (Severance due - 4 weeks) | $10,001.92 | 33.23% | $3,322.77 | $6,679.15 | $10,001.92 |
| Marty November | $2,475.24 (Notive violation) | $2,475.24 | 8.22% | $822.31 | $1,652.93 | $2,475.24 |
| MPIP | $1,683 (P&H, Daniel Arkin - $779) (P&H, Marty November - $904) | $1,683.00 | | | | $1,683.00 |
| TOTAL: | | $31,784.16 | 100.00% | $10,000.00 | $20,101.16 | $31,784.16 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California  90067.

A true and correct copy of the foregoing document entitled: **STIPULATION RE ALLOWANCE OF ADMINISTRATIVE CLAIMS AND AMENDMENT TO PROOFS OF CLAIM NOS. 146, 149 AND 78** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Ana B Acevedo     aacevedo@omm.com
- Yolanda S Aguilar     wayne.smith@warnerbros.com
- David E Ahdoot     dahdoot@bushgottlieb.com, jpalmer@bushgottlieb.com
- Lorie A Ball     LABall@rkmc.com
- Vivian Bodey     vivian.bodey@irscounsel.treas.gov
- Lisa W Chao     lisa.chao@doj.ca.gov
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Gail L Chung     GL@outtengolden.com, JXH@outtengolden.com;kcarter@outtengolden.com;kdeleon@outtengolden.com
- Ronald Clifford     rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Brian L Davidoff     bdavidoff@greenbergglusker.com, jreinglass@greenbergglusker.com;kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- Lisa Hill Fenning     Lisa.Fenning@aporter.com, Jean.Kellett@aporter.com
- H Alexander Fisch     afisch@stutman.com
- H Alexander Fisch     afisch@stutman.com
- Anthony A Friedman     aaf@lnbyb.com
- Scott F Gautier     SFGautier@rkmc.com
- Barry S Glaser     bglaser@swesq.com
- Fredric Glass     fglass@fairharborcapital.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com;dbodkin@buchalter.com
- Michael C Heinrichs     mheinrichs@omm.com
- Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
- Jeffrey A Krieger     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- Mary D Lane     mal@msk.com, mec@msk.com
- Dare Law     dare.law@usdoj.gov
- C John M Melissinos     jmelissinos@greenbergglusker.com, jreinglass@greenbergglusker.com;kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- C John M Melissinos     jmelissinos@greenbergglusker.com, jreinglass@greenbergglusker.com;kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- Katie Nownes     katie@omnimgt.com
- Danielle A Pham     dpham@gordonsilver.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
581313v.1

F 9013-3.1.PROOF.SERVICE

- Courtney E Pozmantier    cpozmantier@greenbergglusker.com,
  kwoodson@greenbergglusker.com;sgaeta@greenbergglusker.com;calendar@greenbergglusker.com
- Courtney E Pozmantier    cpozmantier@greenbergglusker.com,
  kwoodson@greenbergglusker.com;sgaeta@greenbergglusker.com;calendar@greenbergglusker.com
- David M Reeder    david@reederlaw.com, jessica@reederlaw.com
- David M Reeder    david@reederlaw.com, jessica@reederlaw.com
- Victor A Sahn    vsahn@sulmeyerlaw.com,
  agonzalez@sulmeyerlaw.com,agonzalez@ecf.inforuptcy.com;asokolowski@sulmeyerlaw.com;vsahn@ecf.inforuptcy.com
- Claire E Shin    cshin@greenbergglusker.com,
  jreinglass@greenbergglusker.com;kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- Lori Sinanyan    lsinanyan@jonesday.com, lsinanyan@ecf.inforuptcy.com
- Alan D Smith    adsmith@perkinscoie.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Richard Lee Wynne    rlwynne@jonesday.com, sjperry@jonesday.com

☐ Service information continued on attached page

## 2. **SERVED BY UNITED STATES MAIL**:

On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

## 3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):

Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 17, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service**
The Honorable Neil Bason
United States Bankruptcy Court
255 East Temple Street, Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 17, 2014 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
581313v.1

**F 9013-3.1.PROOF.SERVICE**