1  GARY E. KLAUSNER (STATE BAR NO. 69077)
   ANTHONY A. FRIEDMAN (STATE BAR NO. 201955)
2  LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.
   10250 Constellation Boulevard, Suite 1700
3  Los Angeles, CA 90067
   Telephone:    (310) 229-1234
4  Telecopy:     (310) 229-1244
   Email:        gek@lnbyb.com, aaf@lnbyb.com
5
6  Counsel For The AWTR Liquidating Trust

**FILED & ENTERED**

**AUG 22 2014**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi   DEPUTY CLERK

7                                        CHANGES MADE BY COURT

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10             **LOS ANGELES DIVISION**

| | |
|---|---|
| 11  In re | ) Case No. 2:13-bk-13775-NB |
| 12  AWTR Liquidation, Inc., | ) Chapter 11 |
|         f/k/a Rhythm and Hues, Inc. | ) |
| 13                        Debtor. | ) **ORDER RE OBJECTION TO** |
| 14 | ) **ADMINISTRATIVE PROOF OF CLAIM** |
| | ) **FILED BY THE CALIFORNIA STATE** |
| | ) **BOARD OF EQUALIZATION (CLAIM** |
| 15 | ) **NO. 207)** |
| 16 | ) Hearing |
| | ) Date:      August 19, 2014 |
| 17 | ) Time:      2:00 p.m. |
| | ) Place:     Courtroom 1545 |
| 18 | )            255 E. Temple Street |
| | )            Los Angeles, CA  90012 |
| 19 | ) Judge:     Neil W. Bason |
| 20 | ) |
| 21 | ) |
| 22 | ) |
| 23 | ) |
| 24 | ) |
| 25 | ) |

26

27

28

1  AT LOS ANGELES, IN SAID DISTRICT, ON THIS _22d_ DAY OF AUGUST, 2014

2          On August 19, 2014 at 2:00 p.m. a hearing took place before the Honorable Neil W. Bason,

3  United States Bankruptcy Judge, in Courtroom 1545, 255 E. Temple Street, Los Angeles, California

4  90012 in connection with the AWTR Liquidation Trust's (the "Trust") Objection to Administrative

5  Proof of Claim Filed by the California State Board of Equalization (Claim No. 207) (herein the

6  "Objection").  The Trust appeared through its counsel, Gary E. Klausner of Levene, Neale, Bender,

7  Yoo & Brill, L.L.P.  The California State Board of Equalization ("SBE") appeared through its

8  counsel, Lisa W. Chao, Deputy Attorney General.

9          Based upon the pleadings, records and documents on file herein, the statements and

10  arguments of counsel, and good cause appearing, _and for the reasons stated on the record,_ it is

11  hereby

12          ORDERED, that the Trust's objection to the SBE's Administrative Claim No. 207 is

13  sustained; and it is further

14          ORDERED, that Claim No. 207 shall be disallowed in its entirety.

Presented by:

15

16  _/s/ Gary E. Klausner_____

17  GARY E. KLAUSNER,
ANTHONY A. FRIEDMAN, members of

18  LEVENE, NEALE, BENDER,
YOO AND BRILL, L.L.P

19  Counsel for AWTR Liquidating Trust

20

21                                    ###

22

23
Date: August 22, 2014

24                                    Neil W. Bason
United States Bankruptcy Judge

25

26

27

28