GARY E. KLAUSNER (SBN 69077)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Telecopy: (310) 229-1244
Email: gek@lnbyb.com; lls@lnbyb.com

Counsel for Solution Trust, as Trustee of the AWTR Liquidation Trust

**FILED & ENTERED**

**AUG 08 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY sumlin    DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re:

AWTR Liquidation, Inc.,
f/k/a Rhythm and Hues, Inc.,

Debtor.

Case No.: 2:13-bk-13775-NB

Chapter 11 Case

**FINAL DECREE CLOSING THE DEBTOR'S CHAPTER 11 CASE**

Date:   August 7, 2018
Time:   1:00 pm
Place:  Courtroom "1545"
        255 East Temple Street
        Los Angeles, CA

The Court, having considered the motion ("Motion") filed by Solution Trust, as the liquidation trustee of the AWTR Liquidation Trust (the "Trustee"), the successor to AWTR Liquidation, Inc. (f/k/a Rhythm and Hues Inc.) (the "Debtor"), for the entry of a final decree closing its Chapter 11 case, all evidence submitted in connection with the Motion, any opposition to the Motion having been withdrawn (see dkt. 882), notice of the Motion having been proper, having found that the Debtor's estate has been fully administered pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure, hereby finds that good cause exists to grant the Motion and enter a final decree closing the Debtor's Chapter 11 case.

Therefore, the Court hereby ORDERS, ADJUDGES, and DECREES:

1. The Motion is granted in its entirety.

//

1

2. The Debtor's case, Case No. 2:13-bk-13775-NB, is hereby closed.

### 

Date: August 8, 2018

Neil W. Bason
United States Bankruptcy Judge

2